UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 393, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 7171 |
| MLC CONSTRUCTION, a Missouri corporation, | ) ) | JUDGE MANISH S. SHAH |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiff, Laborers' International Union of North America, Local No. 393, by its attorneys, move the Court pursuant to Rule 55, F.R.Civ.P., for entry of judgment by default against Defendant, MLC CONSTRUCTION, a Missouri corporation, in the total amount of $32,356.68, plus Plaintiff's court costs and reasonable attorneys' fees in the amount of $1,685.07. In support of this motion, Plaintiff states that:

1. On October 26, 2018, Laborers' International Union of North America, Local No. 393, filed this action pursuant to §301 of the Labor-Management Relations Act (LMRA), 29 U.S.C. §185.(a), as amended. Plaintiff's Complaint sought to enforce an arbitration award against Defendant in the total amount of $32,356.68 (see Affidavit of Anthony Penn).

2. On February 21, 2019, Plaintiff served Defendant with a copy of the Alias Summons and Complaint (a copy of the Alias Summons and Affidavit of Service is attached hereto). Pursuant to Rule 12(a) F.R.Civ.P., Defendant was required to appear and answer Plaintiff's Complaint on or before March 14, 2019.

3. As of the time of the filing of this motion, Defendant has neither appeared nor answered or otherwise pled to Plaintiff's Complaint.

WHEREFORE, Plaintiff respectfully requests this Court enter judgment by default against MLC CONSTRUCTION, a Missouri corporation, and in favor of Plaintiff, Laborers' International Union of North America, Local No. 393, in the amount of $32,356.68, plus Plaintiff's court costs and reasonable attorneys' fees in the amount of $1,685.07.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\GPLDC\393\Missouri Land Constructors\motion-default judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>23rd</u> day of <u>April 2019</u>:

        Mr. Matthew G. Burgess
        MLC Construction
        510 Memorial Place
        Farmington, MO   63640-3209


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\GPLDC\393\Missouri Land Constructors\motion-default judgment.cms.df.wpd